UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATALIN PAMFILE, | Case No. C17-1059RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| U.S.A. SECRETARY OF HEALTH AND HUMAN SERVICES (HHS), | |
| Defendant. | |

*Pro Se* Plaintiff Catalin Pamfile has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #8. The Complaint was posted on the docket on July 21, 2017. Dkt. #9. Summons have not yet been issued.

Plaintiff brings this action against the Secretary of Health and Human Services ("HHS") using a standard form. Dkt. #9 at 1. Under "Jurisdiction," Plaintiff states only "because is about U.S.A. Secretary of Health and Human Services (HHS)." *Id*. at 2. Plaintiff provides no facts in the Complaint, instead referring the Court to attached documents totaling over 1,700 pages. *Id*. at 2-3; *see also* Dkts. #2 – #6. Plaintiff's attached documents are, from the Court's perspective, organized in no logical fashion and constitute random letters and personal records of Plaintiff. From what the Court can discern, Plaintiff requests, *inter alia*,

ORDER TO SHOW CAUSE - 1

that the Secretary of Health and Human Services release Plaintiff's passport so that Plaintiff can travel to Europe to eat food that does not contain "a lot of chemicals… hormones, pesticide…." *See* Dkt. #2-1 (filed under seal).  Plaintiff argues that "[t]he USA health care is covering up poison food with chemicals; toxic houses with fibber [sic] glass insulation, formaldehyde, mould [sic], toxic threaded wood; environmental pollution." *Id*.  Plaintiff's rambling attachments repeat themselves and reference several nebulous government entities that are persecuting Plaintiff.  *See, e.g., id*.  At one point, Plaintiff states that his passport expired in January 2016 and that his application for renewal was denied, possibly because of an issue with "back child support in Texas court." Dkt. #4-11 at 1.  Plaintiff accuses the Texas Family Court and Texas Attorney General of abuse of power and obstruction of justice.  *Id*.  Plaintiff includes other seemingly unrelated claims in his filings, including accusations of prostitution and money laundering against his ex-wife.  *See* Dkt. #5-1 (filed under seal).  Under the section of his Complaint titled "Relief," Plaintiff again cites to the attachments but also requests "release of my passport," "give me my constitution [sic] rights to take care of my health in Europe." Dkt. #9 at 4.

      The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915(e)(2)(B).

      The Complaint does not clearly identify what laws or statues Plaintiff believes give rise to a claim against Defendant HHS, and Plaintiff does not support his claims with specific facts.  The facts giving rise to Plaintiff's claims must be stated in the Complaint rather than in attachments. Plaintiff's attachments are extremely difficult to follow with unconnected facts and broad sweeping accusations of conspiracy against unrelated actors.  It is unclear from the

ORDER TO SHOW CAUSE - 2

Complaint and attachments how the Court has subject matter jurisdiction or how the Court can grant the requested relief. It appears to the Court that Defendant HHS has no logical connection to the denial of Plaintiff's passport renewal request.

Considering all of the above, Plaintiff's Complaint fails to state a claim and appears frivolous and malicious. Accordingly, dismissal may be warranted. *See* 28 U.S.C. § 1915(e)(2)(B).

Accordingly, Plaintiff's Complaint may suffer from deficiencies that, if not adequately explained in response to this Order, will require dismissal. In Response to this Order, Plaintiff must write a short and plain statement telling the Court (1) the laws or statutes upon which his claims are based, (2) how Defendant Secretary of Health and Human Services violated those laws or statutes causing harm to Plaintiff, and (3) why this case should not be dismissed as frivolous. **This Response may not exceed six (6) pages**. Plaintiff is not permitted to file additional pages as attachments. The Court will take no further action in this case until Plaintiff has submitted this Response.

The Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail above **no later than twenty-one (21) days from the date of this Order**. Failure to file this Response will result in dismissal of this case. The Clerk shall send a copy of this Order to Plaintiff at 2404 PINE ST, EVERETT, WA 98201.

DATED this 25 day of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 3