UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CATALIN PAMFILE,

    Plaintiff,

v.

U.S.A. SECRETARY OF HEALTH AND HUMAN SERVICES (HHS),

    Defendant.

Case No. C17-1059 RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 16, 2017, the Court issued an Order in this case finding and ordering that this matter is DISMISSED. Dkt. #13. On September 1, 2017, this Order was affirmed by the Honorable Ronald B. Leighton, United States District Judge. Dkt. #14. On October 25, 2017, this case was CLOSED and notice electronically mailed to Plaintiff. Plaintiff has subsequently filed several letters and exhibits on the record. *See* Dkts. #15 through #20.

The Court will not entertain any further requests related to the dismissed claims in this case, and will not review exhibits or letters related to those claims.

DATED this 29th day of March 2018.

                                          WILLIAM McCOOL, Clerk

                                          By:    /s/ Paula McNabb
                                                    Deputy Clerk

MINUTE ORDER - 1